IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-24179-CMB |
| RICHARD H. TOUBO | Chapter 7 |
| *Debtor* | Related to: Document No. 47 |
| Deutsche Bank National Trust Company, as Indenture Trustee of the AAMES Mortgage Investment Trust 2005-1 | |
| Movant | |
| v. | |
| Richard H. Toubo and Natalie Lutz Cardiello, Esquire (Trustee) | |
| Respondents | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW,** this 30th day of April, 20 19, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE OF THE AAMES MORTGAGE INVESTMENT TRUST 2005-1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 1488 BLOSSOM HILL ROAD, PITTSBURGH, PA 15234, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises, and it is further:

**ORDERED AND DECREED THAT:** This Order shall take effect the earlier of ~~October~~ august 30, 2019 or the date on which the Trustee files a Report of No Distribution.

FILED
4/30/19 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM
Chief United States Bankruptcy Judge